FILED: November 14, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1854

(8:12-cv-03329-TMC)

_____

REBECCA GROVES; JONATHAN HADDEN

      Plaintiffs - Appellants

v.

COMMUNICATION WORKERS OF AMERICA, Communication Workers of America District 3; COMMUNICATION WORKERS OF AMERICA, LOCAL 3702

      Defendants - Appellees

and

AT&T MOBILITY LLC

      Defendant

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 12/24/2014

Opening brief due: 12/24/2014

Response brief due: 01/26/2015

Any reply brief: 14 days from service of response brief.

                            For the Court--By Direction

                            /s/ Patricia S. Connor, Clerk