UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 14-1854 _____ as

☑Retained ☐Court-appointed(CJA) ☐Court-assigned(non-CJA) ☐Federal Defender ☐Pro Bono ☐Government

COUNSEL FOR: Rebecca Groves and Jonathan Hadden _____

_____as the
(party name)

☑appellant(s) ☐appellee(s) ☐petitioner(s) ☐respondent(s) ☐amicus curiae ☐intervenor(s)

s/ Jeffrey P. Dunlaevy
(signature)

Jeffrey P. Dunlaevy                      864-370-9400
Name (printed or typed)                  Voice Phone

Stephenson & Murphy, LLC                 864-240-9292
Firm Name (if applicable)                Fax Number

207 Whitsett Street

Greenville, SC 29601                     jeff@stephensonmurphy.com
Address                                  E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on December 11, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

|  |  |
|---|---|
|  |  |

s/ Jeffrey P. Dunlaevy                   December 11, 2014
Signature                                Date

05/07/2014
SCC